UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALEXANDER COHEN, individually
and on behalf of all others similarly
situated,
    Plaintiff,

v.                                                              CASE NO. 3:23cv24684-MCR/HTC

DRUG FREE WORKPLACES, USA, LLC,
    Defendant.
_____/

TARA HILL, individually
and on behalf of all others similarly
situated,
    Plaintiff,

v.                                                              CASE NO. 3:23cv24692-MCR/ZCB

DRUG FREE WORKPLACES, USA, LLC,
    Defendant.
_____/

**ORDER**

In response to the Court's inquiry regarding consolidation of the cases listed above, the parties have conferred, and Plaintiffs have filed an Unopposed Motion to Consolidate Related Cases. The parties are represented by the same attorneys in each case and now advise the Court that they agree these cases include the same allegations against the same Defendant, seek certification of similar classes, and present nearly identical claims for relief.

Federal Rule of Civil Procedure 42(a) provides for the consolidation of cases involving common questions of law or fact.  The Court's review confirms that the two cases include the same factual allegations, proposed classes, and the same claims.  Clearly, common issues of law and fact prevail, and consolidation is appropriate.  *See* Fed. R. Civ. P. 42(a)(2).

Accordingly, the Joint Motion to Consolidate, ECF No. 13 (*Cohen* docket), is **GRANTED** as follows:

1. The Clerk is directed to consolidate the cases listed above and designate the *Cohen* case as the Lead Case.  The parties are directed to file all future pleadings and papers in the Lead Case, Case No. 3:23cv24684-MCR/HTC, only.

2. The request to toll all Initial Scheduling Order deadlines is **GRANTED** to allow the parties time to prepare a consolidated complaint.  Pursuant to the parties' agreement:

    a. Consolidated Plaintiffs have **30 days** to file a consolidated complaint, and Defendant has **30 days** thereafter to respond.

    b. If the anticipated motion to dismiss is filed in lieu of an answer, Plaintiffs have **30 days** to respond, and Defendant has **21 days** thereafter to reply.  The Court will determine a joint report and briefing schedule as well as the need for a scheduling conference after the motion to dismiss is resolved.

   c. Alternatively, if an answer is filed instead of a motion to dismiss, the parties should confer **within 30 days** of the answer and file a joint report within **14 days** thereafter.  The Court will determine the need for a scheduling conference at that time.

  3. The Clerk is directed to file a copy of this Order on both dockets and administratively close Case No. 3:23cv24692.

  4. In the event a future case that arises out of the same subject matter as the Consolidated Action is filed in this Court or transferred from another court, defense counsel is directed to promptly serve a copy of this Order on the attorneys for the plaintiff(s) in the newly filed case and promptly notify the Court of the related filing to provide for a prompt determination as to whether the newly filed case should be consolidated herein.

  **DONE AND ORDERED** this 5th day of January 2024.

     *M. Casey Rodgers*
     **M. CASEY RODGERS**
     **UNITED STATES DISTRICT JUDGE**