# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| ALEXANDER COHEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DRUG FREE WORKPLACES, USA, LLC, <br><br> Defendant. | Case No. 3:23cv24684-MCR-HTC |

## ORDER

Attorney John J. Nelson has filed a Motion for Admission Pro Hac Vice, ECF No. 14 & 15, seeking leave to appear before this Court as counsel on behalf of Plaintiff. The motion demonstrates that Attorney Nelson is a member in good standing of the State Bar of California as stated on the certificate of good standing dated within 30 days of the filing of the motion; has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and has also paid the required admission fee. Having fully reviewed the matter, the Court finds the requirements of the Court's local rules satisfied, *see* N.D. Fla. Loc. R. 11.1(C), and the motion is due to be granted.

Accordingly:

1. The Motion for Admission Pro Hac Vice, ECF No. 14 & 15, is **GRANTED**.

2. Attorney John J. Nelson is admitted *pro hac vice* to represent Plaintiff, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 5th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**