UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| ALEXANDER COHEN and TARA HILL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DRUG FREE WORKPLACES, USA, LLC,<br><br>　　　　Defendant. | Case No. 3:23-cv-24684-MCR-HTC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Alexander Cohen and Tara Hill, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Drug Free Workplaces, USA, Inc. without prejudice.

Dated: June 3, 2024

Respectfully submitted,

*/s/ Mariya Weekes*
MARIYA WEEKES
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 3, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

>*/s/ Mariya Weekes*
>MARIYA WEEKES
>Florida Bar No. 56299
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
>201 Sevilla Avenue, 2nd Floor
>Coral Gables, FL 33134
>Tel: (786) 879-8200
>Fax: (786) 879-7520
>Email: mweekes@milberg.com